**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Loretta A. Kelly<br>fka Loretta A Kline<br>fka Loretta A Gober<br><br>Debtor | CHAPTER 13<br><br>BKY. NO. 18-14654 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of SELECT PORTFOLIO SERVICING as servicer for Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-7, Asset-Backed Certificates, Series 2006-7 and index same on the master mailing list.

                              Respectfully submitted,

                            **/s/ Rebecca A. Solarz, Esquire**
                            Rebecca A. Solarz, Esquire
                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 627-1322 FAX (215) 627-7734