Certificate Number: 05781-PAE-DE-031410298

Bankruptcy Case Number: 18-14654



05781-PAE-DE-031410298

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 1, 2018, at 12:51 o'clock PM PDT, Loretta Kelly completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  August 1, 2018

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President