Einstein Healthcare Network
101 E Olney Avenue, Ste 301
3rd Floor
Philadelphia, PA 19120-2470


Pay Pal/Bill Me Later
PO Box 105658
Atlanta, GA 30348-5658