# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                Chapter 13

                                Bankruptcy No. 18-14654-ELF

LORETTA A KELLY

74 WEST RAMBO STREET

BRIDGEPORT, PA 19405

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    LORETTA A KELLY

    74 WEST RAMBO STREET

    BRIDGEPORT, PA 19405

**Counsel for debtor(s), by electronic notice only.**
    JOSEPH L QUINN
    152 E HIGH ST
    SUITE 100
    POTTSTOWN, PA 19464-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                              /s/ William C. Miller

Date: 9/19/2018

                                              _____

                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee