# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Loretta A. Kelly,           :        Chapter 13
         Debtor           :        Case No.:  18-14654-elf

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed September 24, 2018 was forwarded to the following parties, as follows:

*Via First Class United States Mail on September 24, 2018:*

Skalyns Santana Fernandez, Bankruptcy Specialist
Wells Fargo Bank N.A., d/b/a Wells Fargo Auto
PO Box 19657
Irvine, CA 92623-9657

Larvonia Judkins, Bankruptcy Specialist
Wells Fargo Bank N.A., d/b/a Wells Fargo Auto
PO Box 19657
Irvine, CA 92623-9657

*Via Electronic Filing (ECF) on September 24, 2018:*

William C. Miller, Esquire, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

Rebecca Ann Solarz on behalf of Creditor Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-7, Asset-Backed Certificates, Series 2006-7
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**LAW OFFICE OF STEPHEN J. ROSS, PC**

By:    */s/ Joseph Quinn*
      Joseph Quinn, Esquire
      Attorney I.D. No. 307467
      152 E. High Street, Suite 100
      Pottstown, PA 19464
      T: 610.323.5300

                                            F: 610.323.6081
                                            JQuinn@SJR-LAW.com
Date:  <u>September 24, 2018</u>         Counsel for Debtor