**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Loretta A. Kelly | \| | Chapter 13 |
| Debtor(s) | \| | BK No. 18-14654-elf |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Debtor(s) in the above captioned matter.

2. That a copy of the Application for Compensation was filed with the Court on October 8, 2018 along with the Notice of Application and Response Deadline, and a Certificate of Service of the Application and Notice was filed verifying that the documents were timely served on October 8, 2018.

3. No response to said Application has been received.

          Respectfully Submitted,

          **LAW OFFICE OF STEPHEN ROSS, P.C**

    By: */s/ Joseph L. Quinn*
        Joseph L. Quinn, Esquire
        Attorney for Debtor
        Attorney I.D. No. 307467
        Law Office of Stephen Ross, P.C.
        152 E. High Street, Suite 100
        Pottstown, PA 19464
        Ph: (610) 323-5300

Dated: October 30, 2018