**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Loretta A Kelly FKA Loretta A Kline, FKA Loretta A Gober** | : | Case No.: 18-14654 |
| | : | Chapter 13 |
| | : | Judge Eric L. Frank |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Karina Velter enters her appearance as counsel for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-021683_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Loretta A Kelly FKA Loretta A Kline, FKA Loretta A Gober** | : | Case No.: 18-14654 |
| | : | Chapter 13 |
| | : | Judge Eric L. Frank |
| Debtor(s). | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105

Joseph Quinn, Attorney for Loretta A Kelly FKA Loretta A Kline, FKA Loretta A Gober, The Law Office of Stephen Ross PC, 152 E. High Street, Suite 100, Pottstown, PA 19464, CourtNotices@sjr-law.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on June 11, 2019:

Loretta A Kelly FKA Loretta A Kline, FKA Loretta A Gober, 74 West Rambo Street, Bridgeport, PA 19405

Kevin S Kelly, 74 W Rambo St, Bridgepoint, PA 19405

DATE: _June 11, 2019_

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor

19-021683_PS

The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-021683_PS