# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-14654** |
| **Loretta A Kelly fka Loretta A Kline, fka** : | **Chapter 13** |
| **Loretta A Gober** : | **Judge Eric L. Frank** |
| : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** : | |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** : | **Date and Time of Hearing** |
| **Fargo Auto.** : | **Place of Hearing** |
| **Movant,** : | **July 11, 2019 at 09:30 a.m.** |
| : | _____ |
| **vs** : | |
| : | **U.S. Bankruptcy Court** |
| **Loretta A Kelly fka Loretta A Kline, fka** : | **900 Market Street, Courtroom #1** |
| **Loretta A Gober** : | **Philadelphia, PA, 19107** |
| **Kevin S Kelly** : | |

**William C. Miller**

**Respondents.**

### CERTIFICATION OF NO OBJECTION REGARDING
### MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT WELLS
### FARGO BANK, N.A., D/B/A WELLS FARGO AUTO TO REPOSSESS 2012 HONDA
### CIVIC VIN#  2HGFB2F8XCH314723 (DOCUMENT NO. 36)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on June 20, 2019 at Document No. 36 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than July 5, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s Karina Velter
_____
Karina Velter, Esquire (94781)

19-021683_VMP

Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-021683_VMP

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-14654** |
| **Loretta A Kelly fka Loretta A Kline, fka** : | **Chapter 13** |
| **Loretta A Gober** : | **Judge Eric L. Frank** |
| : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** : | |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** : | **Date and Time of Hearing** |
| **Fargo Auto.** : | **Place of Hearing** |
| **Movant,** : | **July 11, 2019 at 09:30 a.m.** |
| **vs** : | _____ |
| : | **U.S. Bankruptcy Court** |
| **Loretta A Kelly fka Loretta A Kline, fka** : | **900 Market Street, Courtroom #1** |
| **Loretta A Gober** : | **Philadelphia, PA, 19107** |
| **Kevin S Kelly** : | |

**William C. Miller**

**Respondents.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Certification of No

Objection Regarding Motion for Relief from Co-Debtor Stay with 30 day waiver with the Court

to permit Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto to repossess the 2012 Honda Civic

VIN#  2HGFB2F8XCH314723 was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105

Joseph L Quinn, Attorney for Loretta A Kelly fka Loretta A Kline, fka Loretta A Gober, Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA  19464, CourtNotices@rqplaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on July 8 , 2019:

19-021683_VMP

Loretta A Kelly fka Loretta A Kline, fka Loretta A Gober, 74 West Rambo Street, Bridgeport, PA  19405

Kevin S Kelly, 74 W Rambo St, Bridgepoint, PA  19405

DATE:  July 8, 2019

/s Karina Velter

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-021683_VMP