# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Case No.: 18-14654 |
| **Loretta A Kelly fka Loretta A Kline, fka** | : | Chapter 13 |
| **Loretta A Gober** | : | Judge Eric L. Frank |
| | : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** | : | Date and Time of Hearing |
| **Fargo Auto.** | : | Place of Hearing |
| **Movant,** | : | July 11, 2019 at 09:30 a.m. |
| | : | |
| **vs** | : | |
| | : | U.S. Bankruptcy Court |
| **Loretta A Kelly fka Loretta A Kline, fka** | : | 900 Market Street, Courtroom #1 |
| **Loretta A Gober** | : | Philadelphia, PA, 19107 |
| **Kevin S Kelly** | : | |

**William C. Miller**

           **Respondents.**

## ORDER OF COURT

AND NOW, this **11th** day of **July**, 20**19**, upon consideration of the Motion for Relief from the Automatic Stay filed by Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto. ("Creditor"), it is hereby **ORDERED,** that the Motion is **GRANTED** and that the automatic stay and co-debtor stay are **MODIFIED** as they affect the interest of Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto in and to Property of Debtor known as the 2012 Honda Civic VIN#  2HGFB2F8XCH314723.

    **Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**