United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-14654-elf
Loretta A Kelly                                                 Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 1                  Date Rcvd: Jul 11, 2019
                              Form ID: pdf900         Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2019.
```
db             +Loretta A Kelly,    74 West Rambo Street,    Bridgeport, PA 19405-1126
14165186        Wells Fargo,   Credit Bureau Dispute Resoluti,    Des Moines, IA 50306
14199323        Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 19657,   Irvine CA 92623-9657
14340430        Wells Fargo Bank NA,    c/o Karina Velter, Esquire,    Manley Deas Kochalski LLC,
                P.O. Box 165028,    Columbus, OH 43216-5028
14190316        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                Des Moines, IA 50306-0438
14182119       +Wells Fargo Bank, N.A.,    435 Ford Road, Suite 300,    Saint Louis Park, MN 55426-4938
14165187       #+Wells Fargo Bank, N.A.,    Po Box 1697,   Winterville, NC 28590-1697
14165188       +Wf Pll,   Po Box 94435,    Albuquerque, NM 87199-4435
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 12 2019 11:05:38      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 12 2019 11:05:15
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 12 2019 11:05:27      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2019 03:02:02      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14199854*       Wells Fargo Bank N.A, d/b/a Wells Fargo Auto,    PO Box 19657   Irvine, CA 92623-9657
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2019 at the address(es) listed below:
```
          JOSEPH L QUINN    on behalf of Debtor Loretta A Kelly CourtNotices@rqplaw.com
          KARINA VELTER    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
           amps@manleydeas.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
           trust for registered Holders of Long Beach Mortgage Loan Trust 2006-7, Asset-Backed Certificates,
           Series 2006-7 bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 5
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Case No.: 18-14654 |
| **Loretta A Kelly fka Loretta A Kline, fka** | : | Chapter 13 |
| **Loretta A Gober** | : | Judge Eric L. Frank |
| | : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | | |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** | : | Date and Time of Hearing |
| **Fargo Auto.** | : | Place of Hearing |
| **Movant,** | : | July 11, 2019 at 09:30 a.m. |
| | : | |
| **vs** | : | |
| | : | U.S. Bankruptcy Court |
| **Loretta A Kelly fka Loretta A Kline, fka** | : | 900 Market Street, Courtroom #1 |
| **Loretta A Gober** | : | Philadelphia, PA, 19107 |
| **Kevin S Kelly** | : | |

**William C. Miller**

                      **Respondents.**

## ORDER OF COURT

AND NOW, this  11th  day of  July , 2019, upon consideration of the Motion for Relief from the Automatic Stay filed by Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto. ("Creditor"), it is hereby **ORDERED,** that the Motion is **GRANTED** and that the automatic stay and co-debtor stay are **MODIFIED** as they affect the interest of Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto in and to Property of Debtor known as the 2012 Honda Civic VIN#  2HGFB2F8XCH314723.

    **Order entered by default.**

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**