# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Loretta A Kelly FKA Loretta A Kline, FKA Loretta A Gober** | : | Case No.: 18-14654 |
| | : | Chapter 13 |
| | : | Judge Eric L. Frank |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto.** ("Creditor").

**Karina Velter** is no longer counsel for Creditor.

| | |
|---|---|
| /s/ Karina Velter | /s/ Sarah E. Barngrover |
| Karina Velter (94781) | Sarah E. Barngrover (323972) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH 43216-5028 | Columbus, OH 43216-5028 |
| Telephone: 614-220-5611 | 614-220-5611; Fax: 614-627-8181 |
| Fax: 614-627-8181 | sebarngrover@manleydeas.com |

19-021683_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.:  18-14654** |
| **Loretta A Kelly FKA Loretta A Kline,** : | **Chapter 13** |
| **FKA Loretta A Gober** : | **Judge Eric L. Frank** |
| : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** : | |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** : | **Related Document #** |
| **Fargo Auto.** : | |
| **Movant,** : | |
| : | |
| vs : | |
| : | |
| **Loretta A Kelly FKA Loretta A Kline,** : | |
| **FKA Loretta A Gober** : | |
| **Kevin S Kelly** : | |
| | |
| **William C. Miller, Esq.** | |
| **Respondents.** | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of

Appearance of Counsel for Creditor was served on the parties listed below via e-mail

notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105, ecfemails@ph13trustee.com

Joseph L Quinn, Attorney for Loretta A Kelly FKA Loretta A Kline, FKA Loretta A Gober, Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA  19464, CourtNotices@rqplaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 8, 2021:

Loretta A Kelly FKA Loretta A Kline, FKA Loretta A Gober, 74 West Rambo Street, Bridgeport, PA  19405

19-021683_PS

Kevin S Kelly, 74 W Rambo St, Bridgepoint, PA  19405

DATE: <u>March 8, 2021</u>

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

19-021683_PS