**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                                    Chapter 13

                                    Bankruptcy No. 18-14654-pmm

    LORETTA A KELLY

    74 WEST RAMBO STREET

    BRIDGEPORT, PA 19405

        Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    LORETTA A KELLY

    74 WEST RAMBO STREET

    BRIDGEPORT, PA 19405

Counsel for debtor(s), by electronic notice only.

    ROSS, QUINN & PLOPPERT, P.C.
    192 S. HANOVER STREET, SUITE 101

    POTTSTOWN, PA 19464-

Date: 10/18/2023

                                      /S/ Kenneth E. West
                                      _____
                                      Kenneth E. West, Esquire
                                      Chapter 13 Standing Trustee