United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Loretta A Kelly  
    Debtor

Case No. 18-14654-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 29, 2024      Form ID: 138OBJ      Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Loretta A Kelly, 74 West Rambo Street, Bridgeport, PA 19405-1126 |
| 14599056 | + | Borough of Bridgeport, c/o James R. Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14168748 | + | Deutsche Bank National Trust Company, as Trustee,, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 710 Market Street, Suite 5000 Philadelphia, PA 19106-2312 |
| 14165177 | + | Kevin Kelly, 74 West Rambo Street, Bridgeport, PA 19405-1126 |
| 14340430 | | Wells Fargo Bank NA, c/o Karina Velter, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 29 2024 23:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 29 2024 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14187851 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2024 00:38:52 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14195569 | | Email/PDF: bncnotices@becket-lee.com | Jan 30 2024 00:13:47 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14200915 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:13:32 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14165173 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2024 23:54:00 | Comenitybank/wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 14165174 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2024 23:54:00 | Comenitycapital/biglot, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 14165175 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2024 23:54:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14201571 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 29 2024 23:54:00 | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14165176 | + | Email/Text: bankruptcynotices@dcicollect.com | Jan 29 2024 23:54:00 | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 14187849 | | Email/Text: tropiann@einstein.edu | Jan 29 2024 23:54:00 | Einstein Healthcare Network, 101 E Olney Avenue,, Ste 301 3rd Floor, Philadelphia, PA 19120-2470 |
| 14165178 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 29 2024 23:54:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14447160 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 18-14654-pmm    Doc 68    Filed 01/31/24    Entered 02/01/24 00:34:26    Desc Imaged
                              Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: 138OBJ | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 30 2024 00:13:20 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14165179 | + | Email/Text: Bankruptcies@nragroup.com | Jan 29 2024 23:54:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14165452 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2024 00:12:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14187850 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:13:41 | Pay Pal/Bill Me Later, PO Box 105658, Atlanta, GA 30348-5658 |
| 14196837 | | Email/Text: bnc-quantum@quantum3group.com | Jan 29 2024 23:54:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14196838 | | Email/Text: bnc-quantum@quantum3group.com | Jan 29 2024 23:54:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14201588 | + | Email/Text: bncmail@w-legal.com | Jan 29 2024 23:54:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14165180 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:50:23 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14165181 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 29 2024 23:54:00 | Select Portfolio Servicing, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14165182 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:13:33 | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 14165183 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:37:29 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14414819 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2024 00:13:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14201589 | + | Email/Text: bncmail@w-legal.com | Jan 29 2024 23:54:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14165184 | + | Email/Text: bncmail@w-legal.com | Jan 29 2024 23:54:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14165185 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:12:50 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14200921 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 30 2024 00:12:52 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14165186 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 30 2024 00:13:15 | Wells Fargo, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 14199323 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 30 2024 00:13:55 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 19657, Irvine CA 92623-9657 |
| 14182119 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 30 2024 00:13:50 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, Saint Louis Park, MN 55426-4938 |
| 14165187 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 30 2024 00:13:41 | Wells Fargo Bank, N.A., Po Box 1697, Winterville, NC 28590-1697 |
| 14190316 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 30 2024 00:13:41 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14747594 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 30 2024 00:24:30 | Wells Fargo N.A. Personal Lending, P.O. Box 564300, Charlotte, NC 28256-4300 |
| 14165188 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 30 2024 00:12:48 | Wf Pll, Po Box 94435, Albuquerque, NM 87199-4435 |

TOTAL: 35

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jan 29, 2024 | Form ID: 138OBJ | Total Noticed: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14199854 | * | Wells Fargo Bank N.A, d/b/a Wells Fargo Auto, PO Box 19657 Irvine, CA 92623-9657 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2024 at the address(es) listed below:

**Name**  **Email Address**

ADAM BRADLEY HALL
on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com

JAMES RANDOLPH WOOD
on behalf of Creditor Borough of Bridgeport jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JOSEPH L QUINN
on behalf of Debtor Loretta A Kelly CourtNotices@rqplaw.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

MARK A. CRONIN
on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-7, Asset-Backed Certificates, Series 2006-7 bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Loretta A Kelly
      Debtor(s)

Case No: 18−14654−pmm
Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/29/24

67 − 65
Form 138OBJ